DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAIME LYNN DEVEREAUX,**
Appellant,

v.

**CORY STRICKLAND,**
Appellee.

No. 4D18-2777

[December 12, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2016-DR-000533-XXXX-NB.

Jaime Lynn Devereaux, Boynton Beach pro se.

Craig A. Boudreau, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

GROSS, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***